# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 18, 2015

## NO. 03-15-00326-CV

**Carmen Chase Hunter, Appellant**

**v.**

**Texas Department of Insurance, Eleanor Kitzman in her (former) capacity, and Julia Rathgeber in her official capacity, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

Appellant has filed a motion to dismiss the appeal, explaining that she did not intend her filing to be interpreted as a notice of appeal. Having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.